UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  10-60086-CIV-MORENO**

NOLAN R. CAMPBELL,

      Plaintiff,

vs.

DARRYL'S  ON  THE  WATER  INC.,  d/b/a
DARRYL'S BAR & BISTRO,  a Florida Corp.,
and DWV REAL PROPERTY, INC., a Florida
Corp.,

      Defendants.
_____/

## DEFAULT JUDGMENT

THIS CAUSE came before the Court upon the Plaintiff filing a verified proof of service

**(D.E. No. 5)**, filed on **March 18, 2010**.

THE COURT has considered the pertinent portions of the record, including Plaintiff's

verified proof of service against both Defendants, and is otherwise fully advised in the premises.

The Court directs the Clerk to enter default against Defendants **DWV Real Property, Inc., a**

**Florida Corp., and Darryl's on the Water Inc. d/b/a Darryl's Bar & Bistro, a Florida Corp.,**

for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff.

Accordingly, it is

**ADJUDGED** that Default Judgment is **ENTERED**.  Judgment is hereby entered in favor of

Plaintiff NOLAN R. CAMPBELL and against Defendants DARRYL'S ON THE WATER INC.,

d/b/a DARRYL'S BAR & BISTRO, a Florida Corp., and DWV REAL PROPERTY, INC., a Florida

Corp.  It is further

**ADJUDGED** that Plaintiff shall file an affidavit with the Court by no later than **April 30, 2010** indicating the damages owed by Defendants DARRYL'S ON THE WATER INC., d/b/a DARRYL'S BAR & BISTRO, a Florida Corp., and DWV REAL PROPERTY, INC., a Florida Corp.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of April, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record